**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| URSA OPERATING COMPANY LLC,[1] | ) | Case No. 24-________ |
| Debtor. | ) | |

**DECLARATION CONCERNING LIST OF CREDITORS AND CREDITOR MATRIX**

I, Jamie Chronister, sole manager, director, and officer of the above-captioned debtor (the "**Debtor**"), declare under penalty of perjury that I have reviewed the List of Creditors submitted herewith, pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, containing the complete list of creditors of the Debtor, and hereby verify that the information contained therein is complete, true, and correct to the best of my knowledge.

The information contained in the List of Creditors is based on the final claims register from the Debtor's prior chapter 11 bankruptcy case that was filed with this Court (*see In re Ursa Operating Company LLC*, Case No. 20-12067 (BLS)); the Debtor has not completed a comprehensive legal and/or factual investigation with regard to possible defenses to any claims of the potential claimants included in the List of Creditors. In addition, certain of the entities included in the List of Creditors may not hold outstanding claims as of the date hereof, and thus may not be creditors of the Debtor for purposes of this chapter 7 case, but are included herein for notice purposes out of an abundance of caution. Therefore, the List of Creditors does not and should not be deemed to constitute: (1) an acknowledgement that any person or entity listed currently holds a

---

1 The last four digits of the Debtor's federal tax identification number is 0982. The Debtor's service address is PO Box 6916, Denver, CO 80206.

claim against any of the Debtor; (2) an acknowledgement of the allowability, in whole or in part, of any claim asserted by any person or entity listed; or (3) a waiver of any right or legal position of the Debtor.

Dated: November 22, 2024

*/s/ Jamie Chronister*
Jamie Chronister
Sole Manager, Director, and Officer

Adversary Proceeding Royalty Owners
Law Offices of George A. Barton, P.C. Ta
7227 Metcalf Ave., Suite 301
Overland Park, KS 66204


Airport Land Partners LTD
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park, KS 66204


Airport Land Partners, LTD
Law Offices of George A. Barton, P.C. Ta
7227 Metcalf Ave., Suite 301
Overland Park, KS 66204


Airport Land Partners, LTD.
Attn: George A. Barton & Stacy A. Burrow
Law Offices of George A. Barton, P.C.  7
Overland Park, KS 66204


ALPERT, LIEBA
4570 E YALE AVE, UNIT 506
Denver, CO 80222


Anderson, John
Law Offices of George A. Barton, P.C.
7227 Metcalf Ave., Suite 301
Overland Park, KS 66204


ANNJMC LLLP (NU BALCO
10 MUSTANG DR.
New Castle, CO 81647


ANNJMC LLLP (NU BALCO)
10 MUSTANG DR
New Castle, CO 81647


Antero Resources Corporation
Paul E. Heath  Vinson & Elkins LLP
1001 Fannin Street Suite 2500
Houston, TX 77002


Antero Resources Corporation
Paul E. Heath Vinson & Elkins LLP
1001 Fannin Street Suite 2500
Houston, TX 77002


Antonelli, Sally
1969 Flagstone Ranch Lane
Henderson, NV 89012


Arroyo, Fernando Jose
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park, KS 66204

Arroyo, Fernando Jose
Law Offices of George A. Barton P.C.
Taylor Foye 7227 Metcalf Ave., Suite 301
Overland Park, KS 66204


Arroyo, Fernando Jose
Law Offices of George A. Barton, P.C. Ta
7227 Metcalf Ave., Suite 301
Overland Park, KS 66204


B & V Developers LLLP
0259 County Road 320
Rifle, CO 81650


B & V Developers LLLP Ted Vaughan
0259 County Road 320
Rifle, CO 81650


Bar Seven L, LLC
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park, KS 66204


Barrow, Sharon Elmore
24 Crooked Oak Ct
Hendersonville, NC 28791


Battlement Mesa Partners, LLC
Attn: Gregory S. Tamkin
Dorsey & Whitney, LLP 1400 Wewatta Stree
Denver, CO 80202


Battlement Mesa Service Association
c/o Board of Directors
401 Arroyo Drive
Parachute, CO 81635


Beatty & Wozniak, P.C.
Gary Younger 216 16th St
Suite 1100
Denver, CO 80202


Bedrock Ranch LLC
Kat McKay
2210 Red Canyon Court
Grand Junction, CO 81507


Bussell, Gene Earl
PO BOX 68
Conconully, WA 98819


BUSSELL, GENE EARL
PO BOX 68
Conconully, WA 98819

Byerley, Allen
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park, KS 66204


C&K TUCKER FAMILY LLC
PO BOX 826
Nucla, CO 81424


Caerus Piceance LLC
1001 17th Street
Suite 1600
Denver, CO 80202


Caerus Piceance LLC, General Counsel
1001 17th Street
Suite 1600
Denver, CO 80202


Casey, Richard N
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park, KS 66204


Cellco Partnership
d/b/a Verizon Wireless, on behalf of its
affiliates and subsidiaries William M Ve
Ashburn, VA 20147


Cellco Partnership d/b/a Verizon Wireles
William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147


CHARLES D. SOURS TRUST DATED 11/4/1996
3310 CLIFF CT
Grand Junction, CO 81506


Cogency Global
600 North 2nd Street
Harrisburg, PA 17101


COLORADO RIVER RANCH LLC
PO BOX 790
Glenwood Springs, CO 81602


Colton, Alice
Law Offices of George A. Barton, P.C. Ta
7227 Metcalf Ave., Suite 301
Overland Park, KS 66204


Colton, Alice
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park, KS 66204

Colton, Don
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park, KS 66204


Colton, Don
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park 66204


Colton, Gregg
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park, KS 66204


Colton, Gregg
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park 66204


Cooley, Raymond
2554 S Franklin St
Denver, CO 80210


CR Pool LLC aka Gypsum Ranch Co LLC
PO DRAWER 790
Glenwood Springs, CO 81602


DAHL MINERAL CONSULTING, INC
1340 FIRETHRON DRIVE
Rifle, CO 81650


Daniel Petroleum Company
And Barrett Baker as President
Law Offices of George A. Barton, P.C.  T
Overland Park, KS 66204


Dedisse, Vernon P. Jr., and Mary Ruth
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park, KS 66204


Dever Family Minerals, LLC
PO Box 17395
Boulder, CO 80308


Dever, Richard
13518 Raritan Way
Denver, CO 80234


DIAMOND MINERALS, LLC
P.O. BOX 626
Parachute, CO 81635


DODERO, SCOT J.
111 COUNTY ROAD 247
New Castle, CO 81647

DOORES, LAWRENCE R. AND DONNA L.
P.O. BOX 298053
Wasilla, AK 99629


Energy Investments, Inc.
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park 66204


Energy Investments, Inc.
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park, KS 66204


Fastenal Company
Attn: Legal Department
2001 Theurer Boulevard
Winona, MN 55987


Gardner, Sharon I.
1236 County Road 302
Parachute, CO 81635


Garfield County Treasurer
c/o Carrie Couey PO Box 1069
109 9th Street, Suite 204
Glenwood Springs, CO 81602


GYPSUM RANCH CO., LLC
PO DRAWER 790
Glenwood Springs, CO 81602


HARTMAN, JENIFER S
1603 IMPERIAL DR
Glenview, IL 60026


Honeycutt, Matt
3135 B RD
Grand Junction, CO 81503


HOPPER, BARBARA
5601 DUNCAN RD # 212
Punta Gorda, FL 33982


HOWARD ELZY RALEY JR, DECEASED.
ANNIG M RALEY, JT
1211 BENNETT AVENUE
Glenwood Springs, CO 81601


IHS Global Inc.
15 Inverness Way East
Englewood, CO 80112


ISLAND PARK, LLC
P. O. DRAWER 790
Glenwood Springs, CO 81602

JACAM CHEMICALS 2013, LLC
PO BOX 96
Sterling, KS 67579


Jerry D. Jones, individually
as Trustee of the Paula Jones Special Ne
Law Offices of George A. Barton, P.C.  T
Overland Park, KS 66204


Jones, Christine
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park, KS 66204


Jowell, Arnold G.
3300 E. Fry, Unit 48
Sierra Vista, AZ 85635


Jowell, Donald
1804 Putter Pl.
Henderson, NV 89074


KEE Engineering & Consulting LLC
PO Box 831
Price, UT 84501


KRAUSE, JAMES L.
351 DODGEN WAY
Buda, TX 78610


Kuntz, Susie M
950 17th Street, Suite 1900
Denver, CO 80202


Laramide Geosciences, LLC
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park 66204


Laramide Geosciences, LLC
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park, KS 66204


Lawson, Thomas D.
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park, KS 66204


Lee Watson and EvaDean Watson
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park, KS 66204

Limbach, Fred
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park 66204

Limbach, Fred
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park, KS 66204

Limbach, Paul and Nanci
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park 66204

Limbach, Paul and Nanci
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park, KS 66204

LINDAUER, SIDNEY R
PO BOX 626
81635

LINDAUER, SIDNEY R
PO BOX 626
Parachute, CO 81635

Malone, Stacie Anderson
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park 66204

Malone, Stacie Anderson
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park, KS 66204

MAO20004-OK, an Oklahoma general partner
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park, KS 66204

MAP0304, an OK general partnership
101 N Robinson, Suite 1000
Oklahoma City, OK 73102

MAP0406, an OK general partnership
101 N Robinson, Suite 1000
73102

MAP0406, an OK general partnership
101 N Robinson, Suite 1000
Oklahoma City, OK 73102

MAP2003-NET, an OK general partnership
101 N Robinson, Suite 1000
Oklahoma City, OK 73102


MAP2004-OK
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park, KS 66204


MAP2004-OK, an OK general partnership
101 N Robinson, Suite 1000
Oklahoma City, OK 73102


MAP2006-OK, an OK general partnership
101 N Robinson, Suite 1000
73102


MAP2006-OK, an OK general partnership
101 N Robinson, Suite 1000
Oklahoma City, OK 73102


MAP99A-Net
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park 66204


MAP99A-Net
101 N Robinson, Suite 1000
Oklahoma City, OK 73102


MAP99A-Net
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park, KS 66204


MAP99A-NET, a Texas general partnership
101 N Robinson, Suite 1000
Oklahoma City, OK 73102


Moeller, Liz
4368 W. Manchester Street
Pleasant Grove, UT 84062


Monument Ridge, LLC
P.O. Box 7
Woody Creek, CO 81656


Muldoon, Patrick Kelly
400 S. Estes St
Denver, CO 80226


NU BALCO, LLLP
PO DRAWER 790
Glenwood Springs, CO 81602

Paradise Valley Minerals II LLC
Attn: Gregory S. Tamkin
Dorsey & Whitney, LLP 1400 Wewatta Stree
Denver, CO 80202

Paradise Valley Minerals LLC
Attn: Gregory S. Tamkin
Dorsey & Whitney, LLP 1400 Wewatta Stree
Denver, CO 80202

Parkhurst, John Irving
213 Coffee Mill Creek Rd.
Georgetown, TX 78633

Peterson, Kristine M.
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park, KS 66204

Pinnell, Michael
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park, KS 66204

Pioneer Oil and Gas
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park, KS 66204

Public Service Company, a Colorado Corpo
Attn: Bankruptcy Department
dba Xcel PO Box 9477
Minneapolis, MN 55484

Rinehart, Kelley Anderson
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park, KS 66204

RLI Insurance Company
Attn: Mike Dudek
525 W. Van Buren St., Suite 350
Chicago, IL 60607

ROY ROYALTY, INC.
P.O. BOX 368
Boys Town, NE 68010

Ruby Pipeline LLC
Law Office of Patricia Williams Prewitt
Patricia Williams Prewitt 2456 FM 112
Taylor, TX 76574

Scott , Joseph Edward and Rebecca P JT
Law Offices of George A. Barton, P.C. Ta
7227 Metcalf Ave., Suite 301
Overland Park, KS 66204

Scott, Jason Alan
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park, KS 66204

SCREAMIN EAGLE TRUCKING & EXCAVATING INC
32597 HWY 6
Silt, CO 81652

Sharon Salgado and Roy Royalty, Inc.
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park, KS 66204

Shideler Energy Company, LLC
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park, KS 66204

Shidelerosa, LLP
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park, KS 66204

Shuster, Patrick L.
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park, KS 66204

Shuster, Toni M
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park, KS 66204

SIX S ENERGY GROUP LLC
PO BOX 20474
Oklahoma City, OK 73156

SKAGGS, KATHLEEN WEHR
1700 Joseph Ct
Cincinnati, OH 45231

Skinner, Steve
950 17th St., Suite 1900
Denver, CO 80202

Skinner, Steve
221 S. Forest St.
Denver, CO 80246

Sundmacher, Elaine M.
PO Box 1920
0071 Ponderosa Circle
Glenwood Springs, CO 81602

The City of Rifle, Colorado
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park, KS 66204

The County of Newton, Texas
Tara LeDay
McCreary, Veselka, Bragg & Allen, P.C. P
Round Rock, TX 78680

The Gube Trust
Marco and Stephanie Gube
895 County Rd 223
Rifle, CO 81650

TIOGA MACHINE SHOP INC
6551 Highway 40
BOX 848
Tioga, ND 58852

Titan Energy Resources Corporation
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park, KS 66204

Trinity Petroleum Management LLC
1670 Broadway
Suite 2000
Denver, CO 80202

WASHINGTON, JR., WILLIAM H
11820 MOONLIGHT MEADOWS
Cibolo, TX 78108

Watson Ranches, LTD
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park, KS 66204

Watson, Brett James
Law Offices of George A. Barton, P.C. Ta
7227 Metcalf Ave., Suite 301
Overland Park, KS 66204

Watson, Diana K.
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park, KS 66204

Watson, James L.
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park, KS 66204

WEISS, EDWARD
Law Offices of George A. Barton, P.C.
Taylor Peck Foye 7227 Metcalf Ave., Suit
Overland Park, KS 66204

Wells Fargo Strategic Capital, Inc.
J. Cory Falgowski, Esquire
Burr & Forman LLP 1201 N. Market Street,
Wilmington, DE 19801

Wychgram, Hans
8609 Windhaven Dr
Parker, CO 80134

Wyoming Interstate Company, L.L.C.
Law Office of Patricia Williams Prewitt
Patricia Williams Prewitt 2456 FM 112
Taylor, TX 76574

Yang, Lily
15 Perkins Square #8
Jamaica Plain, MA 02130