## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
|  | ) |  |
| URSA OPERATING COMPANY LLC, [1] | ) | Case No. 24-_____ |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

### THE CHAPTER 7 CASES SCHEDULES AND SOFAS GLOBAL NOTES

**These Global Notes regarding the above-captioned debtor's (the "Debtor") Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "SOFAs") comprise an integral part of the Schedules and SOFAs and should be referred to and considered in connection with any review of them.**

1. The Debtor prepared these unaudited Schedules and SOFAs pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.  Except where otherwise noted, the information provided herein is presented as of November 21, 2024.

2. While the Debtor has made every reasonable effort to ensure that the Schedules and SOFAs are accurate and complete based upon information that was available to it at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt of information and/or further review and analysis of the Debtor's books and records may result in changes to financial data and other information contained in the Schedules and SOFAs.  Moreover, because the Schedules and SOFAs contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that the Schedules and SOFAs are complete or accurate.

3. In reviewing and signing the Schedules and SOFAs, Jamie Chronister, the duly authorized and designated representative of the Debtor (the "Authorized Representative"), has necessarily relied upon the prior efforts, statements and representations of other former employees, independent contractors, and professionals of the Debtor.  The Authorized Representative has not (and could not have) personally verified the accuracy of each such statement and representation that collectively provide the information presented in the Schedules and SOFAs, including but not limited to, statements and representations concerning amounts owed to creditors and their addresses.

4. The Debtor and its past or present directors, officers, employees, attorneys, professionals and agents (including, but not limited to, the Authorized Representative), does not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting,

---

[1] The last four digits of the Debtor's federal tax identification number is 0982. The Debtor's service address is PO Box 6916, Denver, CO 80206.

communicating or delivering the information contained herein.  The Debtor and its current and prior officers, employees, attorneys, professionals and agents (including, but not limited to, the Authorized Representative) expressly does not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized.  While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.  In no event shall the Debtor or its prior officers, employees, attorneys, professionals and/or agents (including, but not limited to, the Authorized Representative) be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of any potential claim against the Debtor or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused arising from or related to any information provided herein or omitted herein.

5.   The Debtor reserves its rights to amend the Schedules and SOFAs as may be necessary or appropriate in the Debtor's sole and absolute discretion, including, but not limited to, the right to assert offsets or defenses to (which rights are expressly preserved), or to dispute, any claim reflected on the Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."  These Global Notes will apply to all such amendments.  Furthermore, nothing contained in the Schedules or SOFAs shall constitute a waiver of the Debtor's rights with respect to the chapter 7 case and specifically with respect to any issues involving equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers, or an admission relating to the same.  Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

6.   Any failure to designate a claim listed on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated."  Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts.  Furthermore, listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed or against the Debtor.

7.   Some of the Debtor's scheduled liabilities are unknown and/or unliquidated.  In such cases, no amounts are listed or the amounts are listed as "undetermined," "unknown," or to similar effect.  Accordingly, for this and other reasons the Schedules may not fully reflect the aggregate amount of the Debtor's liabilities.

8.   Pursuant to Fed. R. Bankr. P. 1009, the Debtor may amend its Schedules and SOFAs as it deems necessary and appropriate to reflect material changes.  In addition, the Debtor, for the benefit of its estate, reserves the right to dispute or to assert offsets or defenses to any claim listed on the Schedules or SOFAs.

9.   With respect to Schedule A/B, question 8, the retainer amounts for chapter 7 preparations paid by the Debtor to its bankruptcy counsel, Young Conway Stargatt & Taylor, LLP on an earned upon receipt basis do not constitute an interest of the Debtor in property and are thus not listed.  The amounts paid are included in the total amount listed in response to SOFA question 11.

10. The majority of the creditors listed on Schedule E/F comprise claims asserted in the chapter 11 cases of Ursa Piceance Holdings LLC (20-12065), Ursa Piceance LLC (20-12066), Ursa Operating Company LLC (20-12067), and Ursa Piceance Pipeline LLC (20-12069).

**Fill in this information to identify the case:**

Debtor name ___**Ursa Operating Company LLC**___

United States Bankruptcy Court for the: ___DISTRICT OF DELAWARE___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

| | | Current value of debtor's interest |
|---|---|---|
| 2. | **Cash on hand** | None |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | JPMorgan Chase Bank | Checking | 9195 | $355,247.14. |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | None | |

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**355,247.14.**

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit
7.1. _____

Debtor _____    Case number *(If known)* _____
              Name

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment
       8.1. _____    _____

9.     **Total of Part 2.**                                                  ┌─────────────────┐
       Add lines 7 through 8. Copy the total to line 81.                     │ _____ │
                                                                             └─────────────────┘

| Part 3: | Accounts receivable |
|---------|---------------------|

10. **Does the debtor have any accounts receivable?**
    ☒ No.   Go to Part 4.
    ☐ Yes Fill in the information below.

11.    **Accounts receivable**

       11a. 90 days old or less:   _____  -  _____ = ....   _____
                                   face amount            doubtful or uncollectible accounts

       11b. Over 90 days old:   _____  -  _____ =....   _____
                                face amount            doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                  ┌─────────────────┐
       Current value on lines 11a + 11b = line 12.   Copy the total to line 82. │ _____ │
                                                                             └─────────────────┘

| Part 4: | Investments |
|---------|-------------|

13. **Does the debtor own any investments?**
    ☒ No.   Go to Part 5.
    ☐ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|--|------------------------------------------|------------------------------------|

14.    **Mutual funds or publicly traded stocks not included in Part 1**

       Name of fund or stock:

       14.1. _____    _____    _____

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

       Name of entity:                          % of ownership

       15.1. _____    _____ %    _____    _____

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

       Describe:

       16.1. _____    _____    _____

Debtor _____    Case number *(If known)* _____
              Name

17. **Total of Part 4.**
    Add lines 14 through 16.   Copy the total to line 83.

| | |
|---|---|
| | _____ |

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

_____  _____  _____  _____  _____

20. **Work in progress**

_____  _____  _____  _____  _____

21. **Finished goods, including goods held for resale**

_____  _____  _____  _____  _____

22. **Other inventory or supplies**

_____  _____  _____  _____  _____

23. **Total of Part 5.**
    Add lines 19 through 22.   Copy the total to line 84.

| | |
|---|---|
| | _____ |

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value _____   Valuation method _____   Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops–either planted or harvested**

_____  _____  _____  _____

Debtor _____    Case number *(If known)* _____
       Name

29.    **Farm animals** *Examples: Livestock, poultry, farm-raised fish*

       _____    _____    _____    _____

30.    **Farm machinery and equipment** *(Other than titled motor vehicles)*

       _____    _____    _____    _____

31.    **Farm and fishing supplies, chemicals, and feed**

       _____    _____    _____    _____

32.    **Other farming and fishing-related property not already listed in Part 6**

       _____    _____    _____    _____

33.    **Total of Part 6.**
       Add lines 28 through 32.   Copy the total to line 85.                    ┌──────────────┐
                                                                               │ _____ │
                                                                               └──────────────┘

34.    **Is the debtor a member of an agricultural cooperative?**
       ☐ No
       ☐ Yes.   Is any of the debtor's property stored at the cooperative?
                ☐ No
                ☐ Yes

35.    **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
       ☐ No
       ☐ Yes. Book value    _____    Valuation method    _____    Current Value    _____

36.    **Is a depreciation schedule available for any of the property listed in Part 6?**
       ☐ No
       ☐ Yes

37.    **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
       ☐ No
       ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-----------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|-----------------------------------------|------------------------------------|
| 39.    **Office furniture** | | | |
| | _____ | _____ | _____ |

40.    **Office fixtures**

Debtor _____    Case number *(If known)* _____
　　　　　　Name

_____    _____    _____    _____

41.　**Office equipment, including all computer equipment and
　　　communication systems equipment and software**

　　　_____    _____    _____    _____

42.　**Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork;
　　　books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
　　　collections; other collections, memorabilia, or collectibles

　　　42.1.　_____    _____    _____    _____

43.　**Total of Part 7.**
　　　Add lines 39 through 42.　Copy the total to line 86.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　| _____ |

44.　**Is a depreciation schedule available for any of the property listed in Part 7?**
　　　☐ No
　　　☐ Yes

45.　**Has any of the property listed in Part 7 been appraised by a professional within the last year?**
　　　☐ No
　　　☐ Yes

**Part 8:**　**Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

　　　☒ No.　Go to Part 9.
　　　☐ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47.　**Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

　　　47.1.　_____    _____    _____    _____

48.　**Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
　　　floating homes, personal watercraft, and fishing vessels

　　　48.1.　_____    _____    _____    _____

49.　**Aircraft and accessories**

　　　49.1..　_____    _____    _____    _____

50.　**Other machinery, fixtures, and equipment (excluding farm
　　　machinery and equipment)**

　　　_____    _____    _____    _____

Debtor _____    Case number *(If known)* _____
              Name

51.    **Total of Part 8.**

Add lines 47 through 50.   Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | | | | |
| _____ | _____ | _____ | _____ | _____ |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | | |
| _____ | | _____ | _____ | _____ |

Debtor _____     Case number *(If known)* _____
             Name

_____

61.    **Internet domain names and websites**

       _____     _____     _____     _____

62.    **Licenses, franchises, and royalties**

       _____     _____     _____     _____

63.    **Customer lists, mailing lists, or other compilations**

       _____     _____     _____     _____

64.    **Other intangibles, or intellectual property**

       _____     _____     _____     _____

65.    **Goodwill**

       _____     _____     _____     _____

66.    **Total of Part 10.**                                                    _____
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ☐ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ☐ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ☐ No
       ☐ Yes

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.  Go to Part 12.
☐ Yes Fill in the information below.

                                                                    **Current value of
                                                                    debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)

                                    _____  -  _____  =  _____
       _____      Total face amount    doubtful or uncollectible amount

Debtor _____    Case number *(If known)* _____
     Name

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

     _____    Tax year _____    _____

73.    **Interests in insurance policies or annuities**

     _____    _____

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

     **Nature of claim**    _____    _____
     **Amount requested**    _____

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

     **Nature of claim**    _____    _____
     **Amount requested**    _____

76.    **Trusts, equitable or future interests in property**

     _____    _____

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

     _____    _____

78.    **Total of Part 11.**    _____

     Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☐ No
     ☐ Yes

Debtor _____    Case number *(If known)* _____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | 355,247.14. | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.**  *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** Add lines 80 through 90 for each column | 355,247.14. | + 91b. |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | 355,247.14. |

**Fill in this information to identify the case:**

Debtor name    **Ursa Operating Company LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1.**

Creditor's Name

**Describe debtor's property that is subject to a lien**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

Debtor _____    Case number (if known) _____
　　　　　Name

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2._ | |

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2._ | |

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2._ | |

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2._ | |

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2._ | |

**Fill in this information to identify the case:**

Debtor name      Ursa Operating Company LLC

United States Bankruptcy Court for the:      DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>Airport Land Partners, LTD<br>Law Offices of George A. Barton, P.C. Taylor Peck Foye<br>7227 Metcalf Ave., Suite 301<br>Overland Park, KS 66204<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**  Litigation<br>Is the claim subject to offset? ☒ No  ☐ Yes | $1,195,723.84 |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>Anderson, John<br>Law Offices of George A. Barton, P.C.<br>7227 Metcalf Ave., Suite 301<br>Overland Park, KS 66204<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim: Litigation** Litigation<br>Is the claim subject to offset? ☒ No  ☐ Yes | $62,650.07 |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>Antonelli, Sally<br>1969 Flagstone Ranch Lane<br>Henderson, NV 89012<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Contract<br>Is the claim subject to offset? ☒ No  ☐ Yes | $28,500.00 |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>Arroyo, Fernando Jose<br>Law Offices of George A. Barton P.C.<br>Taylor Foye<br>7227 Metcalf Ave., Suite 301<br>Overland Park, KS 66204<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**  Litigation<br>Is the claim subject to offset? ☒ No  ☐ Yes | $34,450.00 |

Debtor    Ursa Operating Company LLC
_____        Case number (if known) _____
          Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78,000.00 |

**3.5** Nonpriority creditor's name and mailing address
B & V Developers LLLP
0259 County Road 320
Rifle, CO 81650

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     $78,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Contract

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
Bar Seven L, LLC
Law Offices of George A. Barton, P.C.
Taylor Peck Foye
7227 Metcalf Ave., Suite 301
Overland Park, KS 66204

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     $976,839.81
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Litigation

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address
Battlement Mesa Service Association
c/o Board of Directors
401 Arroyo Drive
Parachute, CO 81635

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     $500,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Contract

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address
Beatty & Wozniak, P.C.
Gary Younger
216 16th St
Suite 1100
Denver, CO 80202

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     $1,062.50
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Contract

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address
Bedrock Ranch LLC
Kat McKay
2210 Red Canyon Court
Grand Junction, CO 81507

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     $4,200.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Contract

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address
Byerley, Allen
Law Offices of George A. Barton, P.C.
Taylor Peck Foye
7227 Metcalf Ave., Suite 301
Overland Park, KS 66204

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     $25,375.44
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Litigation

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address
C&K TUCKER FAMILY LLC
PO BOX 826
Nucla, CO 81424

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     $3,900.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Contract

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    Ursa Operating Company LLC
_____    Case number (if known) _____
          Name

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>Casey, Richard N<br>Law Offices of George A. Barton, P.C.<br>Taylor Peck Foye<br>7227 Metcalf Ave., Suite 301<br>Overland Park, KS 66204 | **As of the petition filing date, the claim is:** Check all that apply.    $157,360.45<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed |
| | **Date(s) debt was incurred __** | **Basis for the claim:** <u>Litigation</u> |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ☒ No    ☐ Yes |

| | | |
|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address**<br>Cellco Partnership d/b/a Verizon Wireles<br>William M Vermette<br>22001 Loudoun County PKWY<br>Ashburn, VA 20147 | **As of the petition filing date, the claim is:** Check all that apply.    $4,634.59<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred __** | **Basis for the claim:** <u>Contract</u> |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ☒ No    ☐ Yes |

| | | |
|---|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address**<br>Colton, Alice<br>Law Offices of George A. Barton, P.C. Taylor<br>Peck Foye<br>7227 Metcalf Ave., Suite 301<br>Overland Park, KS 66204 | **As of the petition filing date, the claim is:** Check all that apply.    $156,621.10<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed |
| | **Date(s) debt was incurred __** | **Basis for the claim:** <u>Litigation</u> |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ☒ No    ☐ Yes |

| | | |
|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address**<br>Colton, Don<br>Law Offices of George A. Barton, P.C.<br>Taylor Peck Foye<br>7227 Metcalf Ave., Suite 301<br>Overland Park, KS 66204 | **As of the petition filing date, the claim is:** Check all that apply.    $156,621.10<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed |
| | **Date(s) debt was incurred __** | **Basis for the claim:** <u>Litigation</u> |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ☒ No    ☐ Yes |

| | | |
|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address**<br>Colton, Gregg<br>Law Offices of George A. Barton, P.C.<br>Taylor Peck Foye<br>7227 Metcalf Ave., Suite 301<br>Overland Park, KS 66204 | **As of the petition filing date, the claim is:** Check all that apply.    $156,621.10<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed |
| | **Date(s) debt was incurred __** | **Basis for the claim:** <u>Litigation</u> |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ☒ No    ☐ Yes |

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address**<br>Daniel Petroleum Company<br>And Barrett Baker as President<br>Law Offices of George A. Barton, P.C.<br>Taylor Peck Foye<br>7227 Metcalf Ave., Suite 301<br>Overland Park, KS 66204 | **As of the petition filing date, the claim is:** Check all that apply.    $4,233.71<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed |
| | **Date(s) debt was incurred __** | **Basis for the claim:** <u>Litigation</u> |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ☒ No    ☐ Yes |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

| Debtor | Ursa Operating Company LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.18** **Nonpriority creditor's name and mailing address**
Dedisse, Vernon P. Jr., and Mary Ruth
Law Offices of George A. Barton, P.C.
Taylor Peck Foye
7227 Metcalf Ave., Suite 301
Overland Park, KS 66204

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation

Is the claim subject to offset? ☒ No ☐ Yes

$476,142.04

---

**3.19** **Nonpriority creditor's name and mailing address**
Dever Family Minerals, LLC
PO Box 17395
Boulder, CO 80308

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract

Is the claim subject to offset? ☒ No ☐ Yes

$74,000.00

---

**3.20** **Nonpriority creditor's name and mailing address**
Dever, Richard
13518 Raritan Way
Denver, CO 80234

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract

Is the claim subject to offset? ☒ No ☐ Yes

$37,000.00

---

**3.21** **Nonpriority creditor's name and mailing address**
Energy Investments, Inc.
Law Offices of George A. Barton, P.C.
Taylor Peck Foye
7227 Metcalf Ave., Suite 301
Overland Park 66204

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation

Is the claim subject to offset? ☒ No ☐ Yes

$495,969.04

---

**3.22** **Nonpriority creditor's name and mailing address**
Gardner, Sharon I.
1236 County Road 302
Parachute, CO 81635

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract

Is the claim subject to offset? ☒ No ☐ Yes

$248,000.00

---

**3.23** **Nonpriority creditor's name and mailing address**
JACAM CHEMICALS 2013, LLC
PO BOX 96
Sterling, KS 67579

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.24** **Nonpriority creditor's name and mailing address**
Jerry D. Jones, individually
as Trustee of the Paula Jones Special Needs
Trust
Law Offices of George A. Barton, P.C.
Taylor Peck Foye
7227 Metcalf Ave., Suite 301
Overland Park, KS 66204

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation

Is the claim subject to offset? ☒ No ☐ Yes

$259,326.85

---

Debtor  **Ursa Operating Company LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address**<br>Jone, Christine<br>Law Offices of George A. Barton, P.C.<br>Taylor Peck Foye<br>7227 Metcalf Ave., Suite 301<br>Overland Park, KS 66204 | $57,050.08 |

**As of the petition filing date, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Litigation__

Is the claim subject to offset? ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address**<br>Jowell, Arnold G.<br>3300 E. Fry, Unit 48<br>Sierra Vista, AZ 85635 | $26,000.00 |

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Contract__

Is the claim subject to offset? ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address**<br>Jowell, Donald<br>1804 Putter Pl.<br>Henderson, NV 89074 | $22,700.00 |

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Contract__

Is the claim subject to offset? ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.28 | **Nonpriority creditor's name and mailing address**<br>Kuntz, Susie M<br>950 17th Street, Suite 1900<br>Denver, CO 80202 | $89,259.00 |

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Employee Severance__

Is the claim subject to offset? ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address**<br>Laramide Geosciences, LLC<br>Law Offices of George A. Barton, P.C.<br>Taylor Peck Foye<br>7227 Metcalf Ave., Suite 301<br>Overland Park 66204 | $1,446.96 |

**As of the petition filing date, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Litigation__

Is the claim subject to offset? ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address**<br>Lawson, Thomas D.<br>Law Offices of George A. Barton, P.C.<br>Taylor Peck Foye<br>7227 Metcalf Ave., Suite 301<br>Overland Park, KS 66204 | $446.59 |

**As of the petition filing date, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Litigation__

Is the claim subject to offset? ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address**<br>Lee Watson and EvaDean Watson<br>Law Offices of George A. Barton, P.C.<br>Taylor Peck Foye<br>7227 Metcalf Ave., Suite 301<br>Overland Park, KS 66204 | $186,774.62 |

**As of the petition filing date, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Litigation__

Is the claim subject to offset? ☒ No   ☐ Yes

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Ursa Operating Company LLC                                    Case number (if known) _____
              Name

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $87,163.97 |

Limbach, Fred
Law Offices of George A. Barton, P.C.
Taylor Peck Foye
7227 Metcalf Ave., Suite 301
Overland Park 66204

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Litigation

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $590,932.27 |

Limbach, Paul and Nanci
Law Offices of George A. Barton, P.C.
Taylor Peck Foye
7227 Metcalf Ave., Suite 301
Overland Park 66204

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Litigation

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,439.44 |

Malone, Stacie Anderson
Law Offices of George A. Barton, P.C.
Taylor Peck Foye
7227 Metcalf Ave., Suite 301
Overland Park 66204

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Litigation

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $286,966.49 |

MAP2003-NET, an OK general partnership
101 N Robinson, Suite 1000
Oklahoma City, OK 73102

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Litigation

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $36,136.77 |

MAP2004-OK
Law Offices of George A. Barton, P.C.
Taylor Peck Foye
7227 Metcalf Ave., Suite 301
Overland Park, KS 66204

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Litigation

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $746,398.65 |

MAP99A-Net
Law Offices of George A. Barton, P.C.
Taylor Peck Foye
7227 Metcalf Ave., Suite 301
Overland Park 66204

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Litigation

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

Moeller, Liz
4368 W. Manchester Street
Pleasant Grove, UT 84062

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Litigation

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   Ursa Operating Company LLC                                    Case number (if known)
         Name

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $51,000.00 |
|---|---|---|---|

Muldoon, Patrick   Kelly
400 S. Estes St
Denver, CO 80226

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**   Employee Severance

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $9,603.73 |
|---|---|---|---|

Peterson, Kristine M.
Law Offices of George A. Barton, P.C.
Taylor Peck Foye
7227 Metcalf Ave., Suite 301
Overland Park, KS 66204

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**   Litigation

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $62,650.07 |
|---|---|---|---|

Pinnell, Michael
Law Offices of George A. Barton, P.C.
Taylor Peck Foye
7227 Metcalf Ave., Suite 301
Overland Park

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**   Litigation

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $450,327.00 |
|---|---|---|---|

Pioneer Oil and Gas
Law Offices of George A. Barton, P.C.
Taylor Peck Foye
7227 Metcalf Ave., Suite 301
Overland Park, KS 66204

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**   Litigation

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,503.02 |
|---|---|---|---|

Public Service Company, a Colorado Corpo
dba Xcel
Attn: Bankruptcy Department
PO Box 9477
Minneapolis, MN 55484

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**   Contract

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,439.44 |
|---|---|---|---|

Rinehart, Kelley Anderson
Law Offices of George A. Barton, P.C.
Taylor Peck Foye
7227 Metcalf Ave., Suite 301
Overland Park, KS 66204

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**   Litigation

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

Debtor    Ursa Operating Company LLC
_____
          Name

Case number (if known) _____

---

| 3.45 | **Nonpriority creditor's name and mailing address**<br>Ruby Pipeline LLC<br>Law Office of Patricia Williams Prewitt<br>Patricia Williams Prewitt<br>2456 FM 112<br>Taylor, TX 76574 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,930,912.28 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Contract | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address**<br>Scott , Joseph Edward and Rebecca P JT<br>Law Offices of George A. Barton, P.C. Taylor<br>Peck Foye<br>7227 Metcalf Ave., Suite 301<br>Overland Park, KS 66204 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $16,703.06 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Litigation | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address**<br>Scott, Jason Alan<br>Law Offices of George A. Barton, P.C.<br>Taylor Peck Foye<br>7227 Metcalf Ave., Suite 301<br>Overland Park, KS 66204 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $8,351.52 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Litigation | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address**<br>SCREAMIN EAGLE TRUCKING &<br>EXCAVATING INC<br>32597 HWY 6<br>Silt, CO 81652 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,565.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address**<br>Sharon Salgado and Roy Royalty, Inc.<br>Law Offices of George A. Barton, P.C.<br>Taylor Peck Foye<br>7227 Metcalf Ave., Suite 301<br>Overland Park 66204 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $15,000,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Litigation | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address**<br>Shideler Energy Company, LLC<br>Law Offices of George A. Barton, P.C.<br>Taylor Peck Foye<br>7227 Metcalf Ave., Suite 301<br>Overland Park 66204 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $468,162.88 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Litigation | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

Debtor  **Ursa Operating Company LLC**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.51 | **Nonpriority creditor's name and mailing address** | $93,695.31 |

Shidelerosa, LLP
Law Offices of George A. Barton, P.C.
Taylor Peck Foye
7227 Metcalf Ave., Suite 301
Overland Park, KS 66204

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Litigation

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.52 | **Nonpriority creditor's name and mailing address** | $105,699.51 |

Shuster, Patrick L.
Law Offices of George A. Barton, P.C.
Taylor Peck Foye
7227 Metcalf Ave., Suite 301
Overland Park 66204

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Litigation

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address** | $70,466.34 |

Shuster, Toni M
Law Offices of George A. Barton, P.C.
Taylor Peck Foye
7227 Metcalf Ave., Suite 301
Overland Park, KS 66204

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Litigation

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address** | $164,517.99 |

Skinner, Steve
950 17th St., Suite 1900
Denver, CO 80202

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Employee Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address** | $28,500.00 |

Sundmacher, Elaine M.
PO Box 1920
0071 Ponderosa Circle
Glenwood Springs, CO 81602

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Contract

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address** | $517,964.55 |

The City of Rifle, Colorado
Law Offices of George A. Barton, P.C.
Taylor Peck Foye
7227 Metcalf Ave., Suite 301
Overland Park 66204

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Litigation

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address** | $25,000.00 |

The Gube Trust
Marco and Stephanie Gube
895 County Rd 223
Rifle, CO 81650

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Contract

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Ursa Operating Company LLC**
Name

Case number (if known) _____

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $56,531.63 |

Titan Energy Resources Corporation
Law Offices of George A. Barton, P.C.
Taylor Peck Foye
7227 Metcalf Ave., Suite 301
Overland Park, KS 66204

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Litigation__

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $80,453.82 |

Watson Ranches, LTD
Law Offices of George A. Barton, P.C.
Taylor Peck Foye
7227 Metcalf Ave., Suite 301
Overland Park, KS 66204

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Litigation__

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25,992.60 |

Watson, Brett James
Law Offices of George A. Barton, P.C. Taylor
Peck Foye
7227 Metcalf Ave., Suite 301
Overland Park, KS 66204

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Litigation__

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $35,275.04 |

Watson, Diana K.
Law Offices of George A. Barton, P.C.
Taylor Peck Foye
7227 Metcalf Ave., Suite 301
Overland Park

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Litigation__

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $123,278.02 |

Watson, James L.
Law Offices of George A. Barton, P.C.
Taylor Peck Foye
7227 Metcalf Ave., Suite 301
Overland Park, KS 66204

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Litigation__

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $224,900,000.00 |

Wells Fargo Bank, NA
J. Cory Falgowski, Esquire
Burr & Forman LLP
1201 N. Market Street, Suite 1407
Wilmington, DE 19801

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Loan__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | Ursa Operating Company LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.64 | **Nonpriority creditor's name and mailing address**<br>Wells Fargo Strategic Capital, Inc.<br>J. Cory Falgowski, Esquire<br>Burr & Forman LLP<br>1201 N. Market Street, Suite 1407<br>Wilmington, DE 19801 | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | $57,814,846.03 |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Interest__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.65 | **Nonpriority creditor's name and mailing address**<br>Wyoming Interstate Company, L.L.C.<br>Law Office of Patricia Williams Prewitt<br>Patricia Williams Prewitt<br>2456 FM 112<br>Taylor, TX 76574 | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $368,721.22 |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Contract__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.66 | **Nonpriority creditor's name and mailing address**<br>Cogency Global<br>600 North 2nd Street<br>Harrisburg, PA 17101 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $500.00 |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Services__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address**<br>Trinity Petroleum<br>1670 Broadway, Suite 2000<br>Denver, CO 80202 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,996.25 |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Contract__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 324,712,680.78 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **324,712,680.78 +**<br>**Unliquidated Amounts** |

**Fill in this information to identify the case:**

Debtor name  **Ursa Operating Company LLC**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest — Email provider<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | GoDaddy.com<br>100 S. Mill Ave, Suite 1600<br>Tempe, AZ 85281 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest — Accounting services<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | Trinity Petroleum Management Llc<br>1670 Broadway, Suite 2000<br>Denver, CO 80202 |

**Fill in this information to identify the case:**

Debtor name  **Ursa Operating Company LLC**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 _____ | _____ Street _____ City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ | _____ Street _____ City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ | _____ Street _____ City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ | _____ Street _____ City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name    **Ursa Operating Company LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | **Summary of Assets** |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*................................................................................... $         **0**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.............................................................................. $       **355,247.14.**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*................................................................................ $       **355,247.14.**

| Part 2: | **Summary of Liabilities** |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $       **0**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................... $       **0**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................
        **$324,712,680.78 (+Unliquidated Amounts)**
        +$

4.  **Total liabilities** ......................................................................................................
    Lines 2 + 3a + 3b
    **$324,712,680.78 (+Unliquidated Amounts)**
    $

**Fill in this information to identify the case:**

Debtor name    **Ursa Operating Company LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **11/22/2024**

X  **Jamie Chronister**
Signature of individual signing on behalf of debtor

**Jamie Chronister**
Printed name

**Sole Manager, Director, and Officer**
Position or relationship to debtor