| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> DISTRICT OF DELAWARE | |
| Case number *(if known)*    24-12666 (BLS)          Chapter    7 | [X] Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Ursa Operating Company LLC** |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | N/A |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 38-3890982 |
| 4. | **Debtor's address** | **Principal place of business** <br><br> N/A <br> Number, Street, City, State & ZIP Code <br><br> Denver <br> County | **Mailing address, if different from principal place of business** <br><br> PO Box 6916, Denver, CO 80206 <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | N/A |
| 6. | **Type of debtor** | [X] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> [ ] Partnership (excluding LLP) <br> [ ] Other. Specify: |

Debtor  __Ursa Operating Company LLC__      Case number (*if known*)  24-12666 (BLS)
          Name

**7. Describe debtor's business**  A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **2111**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**  *Check one:*

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply*:
    - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☐ No.
- ☒ Yes.

| | | | |
|---|---|---|---|
| District **Delaware** | When **09/02/20** | Case number **20-12067** |
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor **Ursa Operating Company LLC**     Relationship  same entity
District  Delaware     When  9/2/2020     Case number, if known  20-12067 (BLS)

Debtor  __Ursa Operating Company LLC__    Case number (*if known*) __24-12666 (BLS)__
         Name

**11. Why is the case filed in *this district*?**  Check all that apply:

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   Check one:

- ☐ Funds will be available for distribution to unsecured creditors.
- ☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☒ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☒ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Ursa Operating Company LLC          Case number (*if known*)   24-12666 (BLS)
         Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **11/22/2024**
              MM / DD / YYYY

**X** **Jamie Chronister**                          **Jamie Chronister**
    Signature of authorized representative of debtor       Printed name

Title   **Sole Manager, Director, and Officer**

**18. Signature of attorney**

**X** **Kenneth J. Enos**                          Date **11/22/2024**
    Signature of attorney for debtor                      MM / DD / YYYY

**Kenneth J. Enos**
Printed name

**Young Conaway Stargatt & Taylor, LLP**
Firm name

**Rodney Square**
**1000 N. King Street**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **(302) 571-6600**     Email address   **kenos@ycst.com**

**4544 DE**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

**WRITTEN CONSENT
OF THE
PLAN ADMINISTRATOR**

November 21, 2024

The undersigned, being the plan administrator (the "Plan Administrator") under the confirmed Bankruptcy Plan (as defined below) of Ursa Operating Company LLC, a Delaware limited liability company (the "Company"), hereby takes the following actions and adopts the following resolutions by written consent in lieu of a meeting pursuant to the applicable provisions of the Delaware Limited Liability Company Act , the limited liability company agreement of the Company, and the Bankruptcy Plan:

**WHEREAS**, on September 1, 2020, the then sole member of the Company (the "Member"), on behalf of the Company, after due consideration of presentations made by, and review of materials presented by, the management and the legal and financial advisors of the Company regarding the then liabilities, liquidity, and prospects of the Company, the then strategic alternatives available to the Company, and the then impact of the foregoing on the Company's business, determined that it was then in the best interests of the Company, its equity holder, creditors, and other parties in interest that a petition (the "Chapter 11 Petition") be filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") by the Company seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), and resolved to file the Chapter 11 Petition;

**WHEREAS**, on September 2, 2020, the Company and its affiliated debtors filed the Chapter 11 Petition, and the Company's chapter 11 bankruptcy case was docketed and captioned *In re Ursa Operating Company LLC*, Case No. 20-12067 (BLS) (Bankr. D. Del.);

**WHEREAS**, on January 6, 2021, the Bankruptcy Court confirmed the Company's plan of reorganization (the "Bankruptcy Plan"), and the Bankruptcy Court entered the order confirming the Bankruptcy Plan on January 8, 2021;

**WHEREAS**, pursuant to the Bankruptcy Plan, on and after the Effective Date (as defined in the Bankruptcy Plan), the Plan Administrator shall act for the Company in the same fiduciary capacity as applicable to a board of managers, directors, officers, or other Governing Body (as defined in the Bankruptcy Plan), subject to the provisions of the Bankruptcy Plan (and all certificates of formation, membership agreements, and related documents are deemed amended by the Bankruptcy Plan to permit and authorize the same), and the authority, power, and incumbency of the persons acting as managers, officers, directors, sale director, or Governing Body of the Company shall be deemed to have resigned, solely in their capacities as such, and the Plan Administrator shall be appointed as the sole manager, sole director, and sole officer of the Company, and shall succeed to the powers of the Company's managers, directors, officers, and other Governing Bodies;

**WHEREAS**, as of the date hereof, pursuant to the Bankruptcy Plan, the Company continues to exist solely to defend litigation and distribute its remaining assets;

**WHEREAS**, as of the date hereof, the Plan Administrator has considered the financial condition of the Company, the assets of the Company, the current and long-term liabilities of the Company, and the recommendations of the Company's legal advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of Chapter 7 of the Bankruptcy Code; and

**WHEREAS**, as of the date hereof, the Plan Administrator, on behalf of the Company, has determined that it is in the best interests of the Company and the Company's stakeholders, creditors, and other interested parties that a voluntary petition be filed with the Bankruptcy Court seeking relief under the provisions of Chapter 7 of the Bankruptcy Code.

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that the Plan Administrator hereby approves the filing of a voluntary petition under the provisions of chapter 7 of the Bankruptcy Code (the "Chapter 7 Petition"), by or on behalf of the Company, with the Bankruptcy Court; and it is further

**RESOLVED**, that the Plan Administrator be, and hereby is, authorized, empowered, and directed, with full power of delegation, to negotiate, execute, deliver, and file with the Bankruptcy Court, in the name and on behalf of the Company, all plans, petitions, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, orders and other documents, including without limitation, the Chapter 7 Petition (collectively, the "Chapter 7 Filings") (with such changes therein and additions thereto as the Plan Administrator may deem necessary, appropriate or advisable, the execution and delivery of any of the Chapter 7 Filings by the Plan Administrator, with any changes thereto to be conclusive evidence that the Plan Administrator deemed such changes to meet such standard); and it is further

**RESOLVED**, that the Plan Administrator be, and hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further acts and deeds that the Plan Administrator deems necessary, appropriate, or desirable in connection with the Company's chapter 7 case (the "Chapter 7 Case") or the Chapter 7 Filings, including, without limitation, (i) the payment of fees, consent payments, indemnities, taxes and other expenses the Plan Administrator deems necessary, appropriate, or desirable, and (ii) negotiating, executing, delivering, performing and filing any and all additional documents, schedules, statements, lists, papers, agreements, certificates and/or instruments (or any amendments or modifications thereto) in connection with, or in furtherance of, the Chapter 7 Case with a view to the successful prosecution of the Chapter 7 Case (such acts to be conclusive evidence that the Plan Administrator deemed the same to meet such standard); and it is further

**RESOLVED**, that the law firm of Young Conaway Stargatt & Taylor, LLP is authorized and empowered to represent the Company as its general bankruptcy counsel on the terms set forth in its engagement letter with the Company, which is hereby ratified and approved, and to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including, without limitation, the preparation and filing of Chapter 7 Filings; and it is further

**RESOLVED**, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts and transactions would have been authorized and approved by the foregoing resolutions except that such acts and transactions were taken prior to the adoption of such resolutions, be, and they hereby are, in all respects confirmed, approved, and ratified.

*[Remainder of Page Intentionally Left Blank]*

**IN WITNESS WHEREOF**, the Plan Administrator has executed this Written Consent effective as of the date first written above.

### PLAN ADMINISTRATOR:

_/s/ Jamie Chronister_____ (SEAL)
Jamie Chronister

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| URSA OPERATING COMPANY LLC,[1] | ) | Case No. 24-_____ |
| | ) | |
| Debtor. | ) | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtor (the "Debtor") hereby states as follows:

1. Pursuant to Article IV.F.6 of the *Amended Joint Chapter 11 Plan of Reorganization for Ursa Piceance Holdings LLC and its Debtor Affiliates,* Jamie Chronister, in his capacity as Plan Administrator, was appointed as the sole manager, sole director, and sole officer of the Debtor.

---

[1] The last four digits of the Debtor's federal tax identification number is 0982. The Debtor's service address is PO Box 6916, Denver, CO 80206.

32369194                                                           1

**Fill in this information to identify the case:**

Debtor name: **Ursa Operating Company LLC**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒ Other document that requires a declaration    **Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/22/2024**    X **Jamie Chronister**
Signature of individual signing on behalf of debtor

**Jamie Chronister**
Printed name

**Sole Manager, Director, and Officer**
Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors