# Notice Recipients

District/Off: 0311−1 | User: admin | Date Created: 11/22/2024
Case: 24−12666−BLS | Form ID: 309C | Total: 144

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Ursa Operating Company LLC | PO Box 6916 | Denver, Co 80206 | |
| tr | Alfred T. Giuliano | Giuliano Miller & Co., LLC | 2301 E. Evesham Road | Pavillion 800, Suite 210   Voorhees, NJ 08043 |
| aty | Kenneth J. Enos | Young, Conaway, Stargatt & Taylor, LLP | Rodney Square | 1000 North King Street   Wilmington, DE 19801 |
| 19466018 | ALPERT, LIEBA | 4570 E YALE AVE, UNIT 506 | Denver, CO 80222 | |
| 19466020 | ANNJMC LLLP (NU BALCO) | 10 MUSTANG DR. | New Castle, CO 81647 | |
| 19466021 | ANNJMC LLLP (NU BALCO) | 10 MUSTANG DR | New Castle, CO 81647 | |
| 19466014 | Adversary Proceeding Royalty Owners | Law Offices of George A. Barton, P.C. Ta | 7227 Metcalf Ave., Suite 301 | Overland Park, KS 66204 |
| 19466015 | Airport Land Partners LTD | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park, KS 66204 |
| 19466016 | Airport Land Partners, LTD | Law Offices of George A. Barton, P.C. Ta | 7227 Metcalf Ave., Suite 301 | Overland Park, KS 66204 |
| 19466017 | Airport Land Partners, LTD. | Attn: George A. Barton & Stacy A. Burrow | Law Offices of George A. Barton, P.C. 7 | Overland Park, KS 66204 |
| 19466019 | Anderson, John | Law Offices of George A. Barton, P.C. | 7227 Metcalf Ave., Suite 301 | Overland Park, KS 66204 |
| 19466022 | Antero Resources Corporation | Paul E. Heath Vinson & Elkins LLP | 1001 Fannin Street Suite 2500 | Houston, TX 77002 |
| 19466023 | Antero Resources Corporation | Paul E. Heath Vinson & Elkins LLP | 1001 Fannin Street Suite 2500 | Houston, TX 77002 |
| 19466024 | Antonelli, Sally | 1969 Flagstone Ranch Lane | Henderson, NV 89012 | |
| 19466026 | Arroyo, Fernando Jose | Law Offices of George A. Barton P.C. | Taylor Foye 7227 Metcalf Ave., Suite 301 | Overland Park, KS 66204 |
| 19466025 | Arroyo, Fernando Jose | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park, KS 66204 |
| 19466027 | Arroyo, Fernando Jose | Law Offices of George A. Barton, P.C. Ta | 7227 Metcalf Ave., Suite 301 | Overland Park, KS 66204 |
| 19466028 | B & V Developers LLLP | 0259 County Road 320 | Rifle, CO 81650 | |
| 19466029 | B & V Developers LLLP Ted Vaughan | 0259 County Road 320 | Rifle, CO 81650 | |
| 19466037 | BUSSELL, GENE EARL | PO BOX 68 | Conconully, WA 98819 | |
| 19466030 | Bar Seven L, LLC | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park, KS 66204 |
| 19466031 | Barrow, Sharon Elmore | 24 Crooked Oak Ct | Hendersonville, NC 28791 | |
| 19466032 | Battlement Mesa Partners, LLC | Attn: Gregory S. Tamkin | Dorsey & Whitney, LLP 1400 Wewatta Stree | Denver, CO 80202 |
| 19466033 | Battlement Mesa Service Association | c/o Board of Directors | 401 Arroyo Drive | Parachute, CO 81635 |
| 19466034 | Beatty & Wozniak, P.C. | Gary Younger 216 16th St | Suite 1100 | Denver, CO 80202 |
| 19466035 | Bedrock Ranch LLC | Kat McKay | 2210 Red Canyon Court | Grand Junction, CO 81507 |
| 19466036 | Bussell, Gene Earl | PO BOX 68 | Conconully, WA 98819 | |
| 19466038 | Byerley, Allen | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park, KS 66204 |
| 19466039 | C&K TUCKER FAMILY LLC | PO BOX 826 | Nucla, CO 81424 | |
| 19466045 | CHARLES D. SOURS TRUST DATED 11/4/1996 | 3310 CLIFF CT | Grand Junction, CO 81506 | |
| 19466047 | COLORADO RIVER RANCH LLC | PO BOX 790 | Glenwood Springs, CO 81602 | |
| 19466055 | CR Pool LLC aka Gypsum Ranch Co LLC | PO DRAWER 790 | Glenwood Springs, CO 81602 | |
| 19466040 | Caerus Piceance LLC | 1001 17th Street | Suite 1600 | Denver, CO 80202 |
| 19466041 | Caerus Piceance LLC, General Counsel | 1001 17th Street | Suite 1600 | Denver, CO 80202 |
| 19466042 | Casey, Richard N | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park, KS 66204 |
| 19466043 | Cellco Partnership | d/b/a Verizon Wireless, on behalf of its | affiliates and subsidiaries William M Ve | Ashburn, VA 20147 |
| 19466044 | Cellco Partnership d/b/a Verizon Wireles | William M Vermette | 22001 Loudoun County PKWY | Ashburn, VA 20147 |
| 19466046 | Cogency Global | 600 North 2nd Street | Harrisburg, PA 17101 | |
| 19466049 | Colton, Alice | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park, KS 66204 |
| 19466048 | Colton, Alice | Law Offices of George A. Barton, P.C. Ta | 7227 Metcalf Ave., Suite 301 | Overland Park, KS 66204 |
| 19466051 | Colton, Don | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park 66204 |
| 19466050 | Colton, Don | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park, KS 66204 |
| 19466053 | Colton, Gregg | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park 66204 |

| | | | | |
|---|---|---|---|---|
| 19466052 | Colton, Gregg | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park, KS 66204 |
| 19466054 | Cooley, Raymond | 2554 S Franklin St | Denver, CO 80210 | |
| 19466056 | DAHL MINERAL CONSULTING, INC | 1340 FIRETHRON DRIVE | Rifle, CO 81650 | |
| 19466061 | DIAMOND MINERALS, LLC | P.O. BOX 626 | Parachute, CO 81635 | |
| 19466062 | DODERO, SCOT J. | 111 COUNTY ROAD 247 | New Castle, CO 81647 | |
| 19466063 | DOORES, LAWRENCE R. AND DONNA L. | P.O. BOX 298053 | Wasilla, AK 99629 | |
| 19466057 | Daniel Petroleum Company | And Barrett Baker as President | Law Offices of George A. Barton, P.C. T | Overland Park, KS 66204 |
| 19466058 | Dedisse, Vernon P. Jr., and Mary Ruth | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park, KS 66204 |
| 19466222 | Department of Labor | Division of Unemployment Insurance | P.O. Box 9953 | Wilmington, DE 19809 |
| 19466059 | Dever Family Minerals, LLC | PO Box 17395 | Boulder, CO 80308 | |
| 19466060 | Dever, Richard | 13518 Raritan Way | Denver, CO 80234 | |
| 19466064 | Energy Investments, Inc. | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park 66204 |
| 19466065 | Energy Investments, Inc. | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park, KS 66204 |
| 19466066 | Fastenal Company | Attn: Legal Department | 2001 Theurer Boulevard | Winona, MN 55987 |
| 19466069 | GYPSUM RANCH CO., LLC | PO DRAWER 790 | Glenwood Springs, CO 81602 | |
| 19466067 | Gardner, Sharon I. | 1236 County Road 302 | Parachute, CO 81635 | |
| 19466068 | Garfield County Treasurer | c/o Carrie Couey PO Box 1069 | 109 9th Street, Suite 204 | Glenwood Springs, CO 81602 |
| 19466070 | HARTMAN, JENIFER S | 1603 IMPERIAL DR | Glenview, IL 60026 | |
| 19466072 | HOPPER, BARBARA | 5601 DUNCAN RD # 212 | Punta Gorda, FL 33982 | |
| 19466073 | HOWARD ELZY RALEY JR, DECEASED. | ANNIG M RALEY, JT | 1211 BENNETT AVENUE | Glenwood Springs, CO 81601 |
| 19466071 | Honeycutt, Matt | 3135 B RD | Grand Junction, CO 81503 | |
| 19466074 | IHS Global Inc. | 15 Inverness Way East | Englewood, CO 80112 | |
| 19466075 | ISLAND PARK, LLC | P. O. DRAWER 790 | Glenwood Springs, CO 81602 | |
| 19466076 | JACAM CHEMICALS 2013, LLC | PO BOX 96 | Sterling, KS 67579 | |
| 19466077 | Jerry D. Jones, individually | as Trustee of the Paula Jones Special Ne | Law Offices of George A. Barton, P.C. T | Overland Park, KS 66204 |
| 19466078 | Jones, Christine | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park, KS 66204 |
| 19466079 | Jowell, Arnold G. | 3300 E. Fry, Unit 48 | Sierra Vista, AZ 85635 | |
| 19466080 | Jowell, Donald | 1804 Putter Pl. | Henderson, NV 89074 | |
| 19466081 | KEE Engineering & Consulting LLC | PO Box 831 | Price, UT 84501 | |
| 19466082 | KRAUSE, JAMES L. | 351 DODGEN WAY | Buda, TX 78610 | |
| 19466083 | Kuntz, Susie M | 950 17th Street, Suite 1900 | Denver, CO 80202 | |
| 19466092 | LINDAUER, SIDNEY R | PO BOX 626 | 81635 | |
| 19466093 | LINDAUER, SIDNEY R | PO BOX 626 | Parachute, CO 81635 | |
| 19466084 | Laramide Geosciences, LLC | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park 66204 |
| 19466085 | Laramide Geosciences, LLC | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park, KS 66204 |
| 19466086 | Lawson, Thomas D. | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park, KS 66204 |
| 19466087 | Lee Watson and EvaDean Watson | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park, KS 66204 |
| 19466088 | Limbach, Fred | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park 66204 |
| 19466089 | Limbach, Fred | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park, KS 66204 |
| 19466090 | Limbach, Paul and Nanci | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park 66204 |
| 19466091 | Limbach, Paul and Nanci | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park, KS 66204 |
| 19466096 | MAO20004–OK, an Oklahoma general partner | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park, KS 66204 |
| 19466097 | MAP0304, an OK general partnership | 101 N Robinson, Suite 1000 | Oklahoma City, OK 73102 | |
| 19466098 | MAP0406, an OK general partnership | 101 N Robinson, Suite 1000 | 73102 | |
| 19466099 | MAP0406, an OK general partnership | 101 N Robinson, Suite 1000 | Oklahoma City, OK 73102 | |
| 19466100 | MAP2003–NET, an OK general partnership | 101 N Robinson, Suite 1000 | Oklahoma City, OK 73102 | |
| 19466101 | MAP2004–OK | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park, KS 66204 |
| 19466102 | MAP2004–OK, an OK general partnership | 101 N Robinson, Suite 1000 | Oklahoma City, OK 73102 | |
| 19466103 | MAP2006–OK, an OK general partnership | 101 N Robinson, Suite 1000 | 73102 | |
| 19466104 | MAP2006–OK, an OK general partnership | 101 N Robinson, Suite 1000 | Oklahoma City, OK 73102 | |
| 19466108 | MAP99A–NET, a Texas general partnership | 101 N Robinson, Suite 1000 | Oklahoma City, OK 73102 | |
| 19466106 | MAP99A–Net | 101 N Robinson, Suite 1000 | Oklahoma City, OK 73102 | |
| 19466105 | MAP99A–Net | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park 66204 |
| 19466107 | MAP99A–Net | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park, KS 66204 |

| | | | | |
|---|---|---|---|---|
| 19466094 | Malone, Stacie Anderson | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park 66204 |
| 19466095 | Malone, Stacie Anderson | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park, KS 66204 |
| 19466109 | Moeller, Liz | 4368 W. Manchester Street | Pleasant Grove, UT 84062 | |
| 19466110 | Monument Ridge, LLC | P.O. Box 7 | Woody Creek, CO 81656 | |
| 19466111 | Muldoon, Patrick Kelly | 400 S. Estes St | Denver, CO 80226 | |
| 19466112 | NU BALCO, LLLP | PO DRAWER 790 | Glenwood Springs, CO 81602 | |
| 19466113 | Paradise Valley Minerals II LLC | Attn: Gregory S. Tamkin | Dorsey & Whitney, LLP 1400 Wewatta Stree | Denver, CO 80202 |
| 19466114 | Paradise Valley Minerals LLC | Attn: Gregory S. Tamkin | Dorsey & Whitney, LLP 1400 Wewatta Stree | Denver, CO 80202 |
| 19466115 | Parkhurst, John Irving | 213 Coffee Mill Creek Rd. | Georgetown, TX 78633 | |
| 19466116 | Peterson, Kristine M. | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park, KS 66204 |
| 19466117 | Pinnell, Michael | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park, KS 66204 |
| 19466118 | Pioneer Oil and Gas | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park, KS 66204 |
| 19466119 | Public Service Company, a Colorado Corpo | Attn: Bankruptcy Department | dba Xcel PO Box 9477 | Minneapolis, MN 55484 |
| 19466121 | RLI Insurance Company | Attn: Mike Dudek | 525 W. Van Buren St., Suite 350 | Chicago, IL 60607 |
| 19466122 | ROY ROYALTY, INC. | P.O. BOX 368 | Boys Town, NE 68010 | |
| 19466120 | Rinehart, Kelley Anderson | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park, KS 66204 |
| 19466123 | Ruby Pipeline LLC | Law Office of Patricia Williams Prewitt | Patricia Williams Prewitt 2456 FM 112 | Taylor, TX 76574 |
| 19466126 | SCREAMIN EAGLE TRUCKING & EXCAVATING INC | 32597 HWY 6 | Silt, CO 81652 | |
| 19466132 | SIX S ENERGY GROUP LLC | PO BOX 20474 | Oklahoma City, OK 73156 | |
| 19466133 | SKAGGS, KATHLEEN WEHR | 1700 Joseph Ct | Cincinnati, OH 45231 | |
| 19466124 | Scott, Joseph Edward and Rebecca P JT | Law Offices of George A. Barton, P.C. Ta | 7227 Metcalf Ave., Suite 301 | Overland Park, KS 66204 |
| 19466125 | Scott, Jason Alan | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park, KS 66204 |
| 19466127 | Sharon Salgado and Roy Royalty, Inc. | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park, KS 66204 |
| 19466128 | Shideler Energy Company, LLC | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park, KS 66204 |
| 19466129 | Shidelerosa, LLP | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park, KS 66204 |
| 19466130 | Shuster, Patrick L. | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park, KS 66204 |
| 19466131 | Shuster, Toni M | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park, KS 66204 |
| 19466135 | Skinner, Steve | 221 S. Forest St. | Denver, CO 80246 | |
| 19466134 | Skinner, Steve | 950 17th St., Suite 1900 | Denver, CO 80202 | |
| 19466221 | State of Delaware | Division of Revenue | 820 N. French Street, 8th Floor | Wilmington, DE 19801–0820 |
| 19466136 | Sundmacher, Elaine M. | PO Box 1920 | 0071 Ponderosa Circle | Glenwood Springs, CO 81602 |
| 19466140 | TIOGA MACHINE SHOP INC | 6551 Highway 40 | BOX 848 | Tioga, ND 58852 |
| 19466137 | The City of Rifle, Colorado | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park, KS 66204 |
| 19466138 | The County of Newton, Texas | Tara LeDay | McCreary, Veselka, Bragg & Allen, P.C. P | Round Rock, TX 78680 |
| 19466139 | The Gube Trust | Marco and Stephanie Gube | 895 County Rd 223 | Rifle, CO 81650 |
| 19466141 | Titan Energy Resources Corporation | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park, KS 66204 |
| 19466142 | Trinity Petroleum Management LLC | 1670 Broadway | Suite 2000 | Denver, CO 80202 |
| 19466143 | WASHINGTON, JR., WILLIAM H | 11820 MOONLIGHT MEADOWS | Cibolo, TX 78108 | |
| 19466148 | WEISS, EDWARD | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park, KS 66204 |
| 19466144 | Watson Ranches, LTD | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park, KS 66204 |
| 19466145 | Watson, Brett James | Law Offices of George A. Barton, P.C. Ta | 7227 Metcalf Ave., Suite 301 | Overland Park, KS 66204 |
| 19466146 | Watson, Diana K. | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park, KS 66204 |
| 19466147 | Watson, James L. | Law Offices of George A. Barton, P.C. | Taylor Peck Foye 7227 Metcalf Ave., Suit | Overland Park, KS 66204 |
| 19466149 | Wells Fargo Strategic Capital, Inc. | J. Cory Falgowski, Esquire | Burr & Forman LLP 1201 N. Market Street, | Wilmington, DE 19801 |
| 19466150 | Wychgram, Hans | 8609 Windhaven Dr | Parker, CO 80134 | |
| 19466151 | Wyoming Interstate Company, L.L.C. | Law Office of Patricia Williams Prewitt | Patricia Williams Prewitt 2456 FM 112 | Taylor, TX 76574 |
| 19466152 | Yang, Lily | 15 Perkins Square #8 | Jamaica Plain, MA 02130 | |

TOTAL: 144